No. 96–7883. BARRETT v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, 520 U. S. 1175. Motion for leave to file petition for rehearing denied.

No. 97–5296. PARHAM v. COCA-COLA CO., ante, p. 909. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

NOVEMBER 18, 1997

No. 97–6708 (A–359). BURRIS v. PARKE, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG would grant the application for stay of execution and the petition for writ of certiorari.

No. 97–6780 (A–371). STEWART v. GILMORE, WARDEN. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 19, 1997

No. A–333 (97–746). GENERAL MOTORS CORP. v. GREAR ET AL.; and IN RE GENERAL MOTORS CORP. C. A. 6th Cir. Application for stay, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. 97–6790 (A–373). BURRIS v. PARKE, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 21, 1997

No. 96–8516. BOUSLEY v. BROOKS, WARDEN. C. A. 8th Cir. [Certiorari granted, 521 U. S. 1152.] Thomas C. Walsh, Esq., of